| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| EASTERN DISTRICT OF CALIFORNIA | |
| Case number (if known) _____ | Chapter 11 |

☐ Check if this is an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | Summit Protective & Investigative Services, Inc. | |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | Summit Protective Services Inc.<br>SPI Services Inc. | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 45-5218063 | |
| 4. | Debtor's address | **Principal place of business**<br><br>5931 Stanley Avenue, #5<br>Carmichael, CA 95608<br>Number, Street, City, State & ZIP Code<br><br>Sacramento<br>County | **Mailing address, if different from principal place of business**<br><br>2908 E. Whitemore Avenue, #338<br>Ceres, CA 95307<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor　**Summit Protective & Investigative Services, Inc.**　　　　　　　Case number (if known) _____
　　　　Name

7. **Describe debtor's business**　A. *Check one:*

　　☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
　　☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
　　☐ Railroad (as defined in 11 U.S.C. § 101(44))
　　☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
　　☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
　　☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
　　■ None of the above

　　B. *Check all that apply*

　　☐ Tax-exempt entity (as described in 26 U.S.C. §501)
　　☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
　　☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

　　C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
　　http://www.uscourts.gov/four-digit-national-association-naics-codes.
　　_____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**　*Check one:*

　　☐ Chapter 7
　　☐ Chapter 9
　　■ Chapter 11. *Check all that apply:*

　　　　■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

　　　　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　　　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　　　　☐ A plan is being filed with this petition.

　　　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

　　☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
　　If more than 2 cases, attach a separate list.

　　■ No.
　　☐ Yes.

　　District _____　When _____　Case number _____
　　District _____　When _____　Case number _____

| Debtor | Summit Protective & Investigative Services, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | |
| | | Case number, if known | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property?
_____
Number, Street, City, State & ZIP Code

Is the property insured?
☐ No
☐ Yes. Insurance agency _____
   Contact name _____
   Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| Debtor | Summit Protective & Investigative Services, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | Summit Protective & Investigative Services, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7-24-25
MM / DD / YYYY

X _____  Ronald Resurreccion
Signature of authorized representative of debtor   Printed name

Title  Chief Financial Officer

**18. Signature of attorney**

X _____  Date 07/25/2025
Signature of attorney for debtor   MM / DD / YYYY

Michael Jay Berger
Printed name

Law Offices of Michael Jay Berger
Firm name

9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212
Number, Street, City, State & ZIP Code

Contact phone (310) 271-6223   Email address  michael.berger@bankruptcypower.com

100291 CA
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Summit Protective & Investigative Services, Inc. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BayFirst National Bank, N.A. c/o Radix Financial Group LLC 6411 57th Avenue S Seattle, WA 98118 | | SBA loan | | | | $150,000.00 |
| Citi Attention: Bankruptcy POB 20507 Kansas City, MO 64915 | | Loan | | | | $11,000.00 |
| Elizabeth R. Gilson and the Class c/o Shimoda & Rodriguez Law, PC Attn: Justin P. Rodriguez, Esq. 9401 East Stockton Blvd., Ste 120 Elk Grove, CA 95624 | | Pending Labor Law Class Action | Contingent Unliquidated Disputed | | | $0.00 |
| LightGabler 760 Paseo Camarillo, Suite 300 Camarillo, CA 93010 | | legal fees | | | | $60,423.50 |
| Sofi Lending Corp Zwicker & Associates c/o Michael Raichelson 700 N. Brand Blvd., Ste 500 Glendale, CA 91203 | | loan | | | | $32,000.00 |

United States Bankruptcy Court
Eastern District of California

In re  Summit Protective & Investigative Services, Inc.　　　　　　Case No. _____
　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　Chapter  11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Ronald P. Resurreccion<br>882 Willow Lake Way<br>Ceres, CA 95307 | | 19% | |
| Steven L. Harrell<br>2908 E WHITMORE AVE, STE 338<br>Ceres, CA 95307 | | 19% | |
| Yuta Nakai<br>5931 Stanley Avenue, Ste 5<br>Carmichael, CA 95608 | | 62% | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Ronald Resurreccion, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  7-24-25　　　　　　　　　Signature _/s/ Ronald Resurreccion_

*Penalty for making a false statement of concealing property* Fine of up to $500,000 or imprisonment for up to 5 years or both
18 U.S.C. §§ 152 and 3571

Sheet 1 of 1 in List of Equity Security Holders

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of California

In re **Summit Protective & Investigative Services, Inc.**
Debtor(s)

Case No. _____
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept A RETAINER OF | $ 25,000.00 |
   | Prior to the filing of this statement I have received A RETAINER OF | $ 25,000.00 |
   | Balance Due | $ 0.00 |

2. The source of the compensation paid to me was:

   [✓] Debtor    [ ] Other (specify):

3. The source of compensation to be paid to me is:

   [✓] Debtor    [ ] Other (specify):

4. [✓] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

7/24/25
Date

*/s/ Michael Jay Berger*
Michael Jay Berger
*Signature of Attorney*
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212
(310) 271-6223   Fax: (310) 271-9805
michael.berger@bankruptcypower.com
*Name of law firm*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re

Summit Protective & Investigative Services, Inc.

Case No.

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the attached Master Address List is a true, correct, and complete list of creditors and their addresses in this case.

I (we) acknowledge the following:

- Filing a Master Address List with incomplete or incorrect addresses may mean that creditor(s) with incomplete or incorrect address(es) may not receive notification of this Bankruptcy case.

- The debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any, share responsibility for the accuracy and completeness of the attached Master Address.

- The Court will use the addresses on the attached Master Address List for all items that the Court mails, and will not rely on other documents filed in this case (such as schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure) to obtain or verify the addresses of creditors.

DATED:　7-24-25

Debtor's Signature

Submit this form and your Master Address List to one of the following addresses:

Sacramento Division
501 I Street, Suite 3-200
Sacramento, CA 95814

Modesto Division
Mailing Address:
501 I Street, Suite 3-200
Sacramento, CA 95814

Physical Address:
1200 I Street, Suite 4
Modesto, CA 95354

Fresno Division
2500 Tulare Street, Suite 2501
Fresno, CA 93721

EDC 2-100  (Rev. 6/20/17)

Ally Financial
P.O. Box 38091
Minneapolis, MN 55438


American Express
c/o Becket and Lee
PO Box 3001
Malvern, PA 19355


BayFirst National Bank, N.A.
c/o Radix Financial Group LLC
6411 57th Avenue S
Seattle, WA 98118


BayFirst National Bank, N.A.
799 Central Avenue
Saint Petersburg, FL 33701


BHG Financial
10234 W. State Road 84
Fort Lauderdale, FL 33324


Citi
Attention: Bankruptcy
POB 20507
Kansas City, MO 64915


Elizabeth R. Gilson and the Class
c/o Shimoda & Rodriguez Law, PC
Attn: Justin P. Rodriguez, Esq.
9401 East Stockton Blvd., Ste 120
Elk Grove, CA 95624


Evolve Services LLC
340 SE 1st Street
Delray Beach, FL 33483


Kia Finance
PO Box 20825
Fountain Valley, CA 92728


LightGabler
760 Paseo Camarillo, Suite 300
Camarillo, CA 93010

Ally Financial
P.O. Box 38091
Minneapolis, MN 55438


BayFirst National Bank, N.A.
c/o Radix Financial Group LLC
6411 57th Avenue S
Seattle, WA 98118


BayFirst National Bank, N.A.
799 Central Avenue
Saint Petersburg, FL 33701


BHG Financial
10234 W. State Road 84
Fort Lauderdale, FL 33324


Citi
Attention: Bankruptcy
POB 20507
Kansas City, MO 64915


Elizabeth R. Gilson and the Class
c/o Shimoda & Rodriguez Law, PC
Attn: Justin P. Rodriguez, Esq.
9401 East Stockton Blvd., Ste 120
Elk Grove, CA 95624


Evolve Services LLC
340 SE 1st Street
Delray Beach, FL 33483


Kia Finance
PO Box 20825
Fountain Valley, CA 92728


LightGabler
760 Paseo Camarillo, Suite 300
Camarillo, CA 93010


Retail Capital LLC
DBA Credibly
25200 Telegraph Road, #350
Carmichael, CA 95608

Ronald P. Resurreccion
882 Willow Lake Way
Ceres, CA 95307


Sofi Lending Corp
Zwicker & Associates
c/o Michael Raichelson
700 N. Brand Blvd., Ste 500
Glendale, CA 91203


SPI Services Inc.
5931 Stanley Avenue, Ste 5
Carmichael, CA 95608


Steven L. Harrell
2908 E Whitmore Avenue, Suite H 338
Ceres, CA 95307


Summit Protective Services
5931 Stanley Avenue, Suite 5
Carmichael, CA 95608


TCI Business Capital
a Division of Fidelity Bank
7600 Parklawn Ave.
Minneapolis, MN 55435


Wheatland Bank
222 N. Wall Street, #100
Spokane, WA 99201


Yuta Nakai
2908 E. Whitmore Ave., Ste. H #338
Ceres, CA 95307